UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RYAN MUMME, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Docket Nos. 1:17-cr-00171-NT |
| ) | 1:21-cv-00183-NT |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On November 23, 2021, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 165) on the Petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (ECF No. 150) and Petitioner's motion to dismiss and for an order declaring all of the Government's evidence against him inadmissible (ECF No. 156). The Petitioner filed an objection (ECF No. 168) and a motion for reconsideration (ECF No. 169) of the Recommended Decision on January 3, 2022. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Petitioner's objections are **OVERRULED**, that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**, and

that the Petitioner's motions are **DENIED**. The Petitioner's 28 U.S.C. § 2255 petition (ECF No. 150) is hereby **DISMISSED** with prejudice.

It is further **ORDERED** that no certificate of appealability should issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated this 28th day of February, 2022.